# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

128218
& (24)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WENDY BETH ADELSON,
      Plaintiff-Appellant,

v

SC: 128218
COA: 258539
Oakland CC: 01-180995-FH
              02-185164-FH

OAKLAND CIRCUIT JUDGE,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for bond pending appeal is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

l0123